IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**EDWARD EARL HOUSE**                                                            **PETITIONER**

**vs.**                         **CIVIL ACTION No.: 3:23-CV-497-HTW-LGI**

**WILLIAM SOLLIE**                                                              **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 34]**. In her Report and Recommendation, filed on September 30, 2024, Magistrate Judge Isaac recommended that Petitioner's claims seeking to enforce his speedy trial rights be dismissed for failure to exhaust, and that all other claims be dismissed for failure to state a cognizable § 2241 claim. Magistrate Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days.

On October 22, 2024, Petitioner filed his Objections to the Magistrate Judge's Report [Docket no. 35]. In his Objections, Petitioner re-urges arguments previously made to the Magistrate Judge. See Doc. 35 at 2–4 (repeating his preliminary hearing, bond revocation, and speedy trial claims, as well as alleging his innocence and challenging the evidence against him). Thereafter, on October 29, 2024, Respondent filed his Reply to the Petitioner's Objections [Docket no. 36].

This court agrees with the Magistrate Judge's recommendations to dismiss House's speedy trial claims without prejudice for failure to exhaust, and to dismiss Petitioner's remaining claims for failure to state cognizable § 2241 claims. Magistrate Judge Isaac carefully considered the submissions of the parties, the record, and relevant law, and crafted a well-versed Report and

1

Recommendation. Petitioner's Objections are thus overruled, and this court hereby **ADOPTS** the Report and Recommendation **[Docket no. 34]** as the Opinion and Final Judgment of this court. This court further denies Petitioner's request for an evidentiary hearing and for a certificate of appealability to appeal to the United States Court of Appeals for the Fifth Circuit.

    IT IS THEREFORE ORDERED THAT Petitioner Edward Earl House's Speedy Trial claims are hereby dismissed without prejudice for failure to exhaust state-court remedies.

    IT IS FURTHER ORDERED THAT Petitioner's remaining claims are hereby dismissed with prejudice for failure to state a cognizable federal habeas claim.

    **SO ORDERED this the**  30th  **day of**     January    **, 2025.**

    **/s/ HENRY T. WINGATE**
    **UNITED STATES DISTRICT COURT JUDGE**